IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**TAMMY L. CALEF,**

    **Plaintiff,**

v.       //    CIVIL ACTION NO. 1:06CV47
                   (Judge Keeley)

**FEDEX GROUND PACKAGE SYSTEM, INC.,**

    **Defendant.**

## ORDER RESCHEDULING TRIAL

For reasons appearing to the Court, the jury selection and trial in this matter currently scheduled for August 7, 2007 is **CANCELED** and **RESCHEDULED** for January 2, 2008 at the Clarksburg, West Virginia point of holding court.

It is **SO ORDERED.**

The Clerk is directed to transmit copies of this order to counsel of record.

DATED: August 2, 2007.

                                      /s/ Irene M. Keeley
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE