IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

TAMMY L. CALEF,

        *Plaintiff,*

vs.                                                Civil Action No. 1:06CV47

FEDEX GROUND PACKAGE SYSTEM, INC.,

        *Defendant.*

## ORDER

On the 22nd day of October, 2007, Plaintiff, though counsel, filed a Motion for Leave to Reopen Discovery for the Sole Purpose of Determining Whether the Defendant's September 20, 2007, Offer of Reinstatement was Made in Good Faith [Docket Entry 182]. On the 5th day of November, 2007, this motion was referred to the undersigned by the Chief United States District Judge [Docket Entry 184]. On the 8th day of November, 2007, Defendant, through counsel, filed its Reply in Opposition to Plaintiff's Motion to Reopen Discovery [Docket Entry 185].

The Court shall conduct a **telephonic** hearing on Plaintiff's Motion for Leave to Reopen Discovery for the Sole Purpose of Determining Whether the Defendant's September 20, 2007, Offer of Reinstatement was Made in Good Faith on **Wednesday, November 14, 2007, at 9:00 a.m.** Plaintiff, Tammy L. Calef, shall initiate the conference call. Counsel of record shall contact Ms. Calif's counsel by **2:00, Tuesday, November 13, 2007**, and inform Ms. Calef's counsel of the telephone number at which counsel can be reached. Tammy L. Calef is responsible for connecting all involved counsel of record and this Court (304-622-1516) to the November 14 telephonic hearing.

It is so **ORDERED**.

The United States Court Clerk for the Northern District of West Virginia shall provide a copy of this Order to counsel of record.

DATED: *November 8, 2007*

                                                          JOHN S. KAULL
                                                          U.S. MAGISTRATE JUDGE