IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TAMMY L. CALEF,

        Plaintiff,

v. // CIVIL ACTION NO. 1:06CV47
(Judge Keeley)

FEDEX GROUND PACKAGE SYSTEM, INC.,

        Defendant.

## ORDER SCHEDULING HEARING

The Court will conduct a hearing on **December 6, 2007 at 11:00 a.m.** at the **Clarksburg, West Virginia** point of holding court to address plaintiff's objections to the Magistrate Judge's November 15, 2007 order denying her motion to reopen discovery. Counsel may appear by telephone. The Court directs Georgia Gates, counsel for plaintiff, to initiate the call to **304-624-5850**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: December 3, 2007.

                                    /s/ Irene M. Keeley
                                    IRENE M. KEELEY
                                    UNITED STATES DISTRICT JUDGE