```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**TAMMY L. CALEF,**

    **Plaintiff,**

**v.**                    //    **CIVIL ACTION NO. 1:06CV47**
                                                           **(Judge Keeley)**

**FEDEX GROUND PACKAGE SYSTEM, INC.,**

    **Defendant.**

## NOTICE OF HEARING

The parties are notified that the Court will conduct a hearing in this matter on **Wednesday, January 2, 2008 at 8:30 a.m.** at the **Clarksburg, West Virginia** point of holding court to address any outstanding motions.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this order to counsel of record.

DATED: December 31, 2007.

                                                    /s/ Irene M. Keeley
                                                    IRENE M. KEELEY
                                                    UNITED STATES DISTRICT JUDGE