IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**TAMMY L. CALEF,**

    **Plaintiff,**

**v.**                                 **CIVIL ACTION NO. 1:06CV47**
                                                       **(Judge Keeley)**

**FEDEX GROUND PACKAGE SYSTEM, INC.,**

    **Defendant.**

## ORDER GRANTING PLAINTIFF'S AND DEFENDANT'S
## MOTIONS FOR LEAVE TO FILE EXCESS PAGES

On January 31, 2008, Plaintiff Tammy Calef ("Calef") and Defendant FedEx Ground Package System, Inc. ("FedEx"), each filed unopposed motions asking the Court for leave to file excess pages. Specifically, FedEx requests leave, <u>nunc pro tunc</u>, to exceed the page limit for its memorandum in support of its "Motion for Judgment Notwithstanding the Verdict, and alternatively, Motion for a New Trial." Calef requests leave to file excess pages in her memorandum in response to FedEx's motion.

For reasons appearing to the Court, it **GRANTS** both motions (dkt. nos. 243 and 244).

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: February 4, 2008.

                                              /s/ Irene M. Keeley
                                              IRENE M. KEELEY
                                              UNITED STATES DISTRICT JUDGE